| AO 10<br>Rev. 1/2010 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2009** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Snyder, Christina A. | 2. Court or Organization<br><br>Central District of California | 3. Date of Report<br><br>05/05/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>312 Spring Street<br>Los Angeles, CA 90012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2010 MAY 17 A 9: 45 RECEIVED FINANCIAL DISCLOSURE OFFICE

Snyder, Christina A.

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 05/05/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | Attorney-Partnership |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 05/05/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 05/05/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children: see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Genter Advisors Schwab DFA IRA Acct #1 | D | Dividend | O | T | | | | | |
| 2. DFA US Large Company Fund | | | | | Sold (part) | 02/20/09 | L | A | |
| 3. | | | | | Sold | 05/28/09 | K | A | |
| 4. IShares Russell 1000 Grwth IDX | | | | | Buy (add'l) | 02/20/09 | K | | |
| 5. | | | | | Buy (add'l) | 07/15/09 | J | | |
| 6. | | | | | Sold (part) | 10/02/09 | J | A | |
| 7. DFA US Large Cap Value Fund | | | | | Buy (add'l) | 02/26/09 | K | | |
| 8. | | | | | Sold (part) | 10/08/09 | J | A | |
| 9. DFA US Small Cap Fund | | | | | | | | | |
| 10. DFA Small Cap Value Fund | | | | | Buy (add'l) | 07/15/09 | K | | |
| 11. | | | | | Sold (part) | 10/16/09 | J | A | |
| 12. DFA Int'l Value Fund | | | | | Buy (add'l) | 02/24/09 | J | | |
| 13. | | | | | Sold (part) | 07/15/09 | J | A | |
| 14. | | | | | Sold (part) | 10/12/09 | J | A | |
| 15. | | | | | Buy (add'l) | 12/18/09 | J | | |
| 16. DFA Emerg Mkts Core Equity | | | | | Buy | 05/28/09 | J | | |
| 17. | | | | | Buy (add'l) | 11/16/09 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 05/05/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. GNMA Pass Thru | | | | | | | | | |
| 19. Bank of America Accts (MM & Chng | A | Interest | K | T | | | | | |
| 20. CHRISTOPHER WEIL IRA ACCT | B | Dividend | M | T | | | | | |
| 21. Frank Russell Emerging Markets Funds | | | | | | | | | |
| 22. Russell US Small & Mid Cap Fund CLS | | | | | | | | | |
| 23. Frank Russell Quantitative Equity Fund | | | | | | | | | |
| 24. Russell U.S. Core Equity Fund CL S | | | | | | | | | |
| 25. Russell Int'l Developed Mkts Fund CL S | | | | | | | | | |
| 26. Frank Russell Real Estate Securities Fund CL S | | | | | | | | | |
| 27. Russell Global Equity Fund Fund CL S | | | | | | | | | |
| 28. Trust #1 Schwab Acct | | | | | | | | | |
| 29. Schwab Money Mkt Funds | G | Int./Div. | P2 | T | | | | | |
| 30. Met Wtr Dist Co. Rev P/R | | | | | | | | | |
| 31. Fresno CA USD GO C13@103 6.150% 08/01/2013 | | | | | Buy (add'l) | 10/14/09 | K | | |
| 32. Redwood City CA ESD GO 5.50% 08/01/2012 | | | | | | | | | |
| 33. Redwood City CA ESD GO 5.50% 08/01/2013 | | | | | | | | | |
| 34. CA State GO 6.250% 09/01/12 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 05/05/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. CA Ed Facs Au Rev Stanford 5.25% 12/01/2013 UNIV | | | | | | | | | |
| 36. San Mateo CO Ca St Tax Rev 5.25% 06/01/2017 | | | | | | | | | |
| 37. Chaffey HSD 5.25% 08/01/09 | | | | | Sold | 08/01/09 | M | A | |
| 38. San Mateo CO CA St Tax Rev 5.25% 06/01/12 | | | | | Sold | 06/01/09 | M | A | |
| 39. CA ST GO 5.357% 04/01/14 | | | | | | | | | |
| 40. Vallejo CA USD GO 5.90% 02/01/17 | | | | | | | | | |
| 41. CA Dept Trans RV 5.00% 02/01/15 | | | | | | | | | |
| 42. CA Dept Wtr Res RV ETM 5.5% 12/01/09 | | | | | Sold | 12/01/09 | K | A | |
| 43. CA Wtr Res Central Valley PJ RV 5.5% 12/01/09 | | | | | Sold | 12/01/09 | M | A | |
| 44. CA ST GO 5.25% 10/01/2009 | | | | | Sold | 10/01/09 | M | A | |
| 45. Southwest CMTY Coll Dist. 5.625% 08/01/2011/16 | | | | | | | | | |
| 46. CA ST GO 5.75% 03/01/2010/27 | | | | | | | | | |
| 47. Los Angeles C GO 5.25% 09/01/2014 | | | | | | | | | |
| 48. Pajaro Valley CA USD GO 5.25% 08/01/2016 | | | | | | | | | |
| 49. LA CO CA Met Trans Sls Tax 5.00% 07/01/2012 | | | | | | | | | |
| 50. Southwestern Cmty Coll Dist CA GO 5.25% 08/01/2017 | | | | | Buy | 03/10/09 | L | | |
| 51. Foothill Eastern Corr Agy 7.05% 01/01/2010/12 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 05/05/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Los Angeles CA GO 5.25% 09/01/2014 | | | | | | | | | |
| 53. Foothill Eastern Corr Agy 7.10% 01/01/2012 | | | | | | | | | |
| 54. Coast Cmty Coll Dist CA GO 5.00% 08/01/21 | | | | | | | | | |
| 55. CA Economic Recovery GO & RV 5.00% 07/01/2011 | | | | | Sold | 02/04/09 | N | A | |
| 56. LA CA USD GO 5.00% 07/01/2013/25 | | | | | | | | | |
| 57. CA Infrastructure & Eco Dev 5.00% 07/01/2010 | | | | | | | | | |
| 58. East Bay Mud CA Wtr Sys 5.00% 06/01/2019 | | | | | | | | | |
| 59. LA CA Dept Wtr & Pwr 5.00% 07/01/2022 | | | | | | | | | |
| 60. Long Beach CA Wtr RV SF 13 5.750% 05/15/2015 | | | | | | | | | |
| 61. Napa Co CA Flood Impt RV 5.00% 06/15/2018 | | | | | | | | | |
| 62. LA CO CA Met Transp Sls Tax 6.00% 07/01/2011 | | | | | | | | | |
| 63. CA ST GO 5.50% 10/01/2009 | | | | | Sold | 10/01/09 | M | A | |
| 64. Los Angeles CA GO 5.250% 09/01/2014 | | | | | | | | | |
| 65. Sacramento CO CA Sani Dist FIN 5.250% 12/01/2022 Auth RV | | | | | | | | | |
| 66. Monterey Peninsula CA CCD GO 5.00% 08/01/2020 C18 | | | | | | | | | |
| 67. CA ST GO 5.00% 10/01/2017 CC16 | | | | | | | | | |
| 68. Sacramento, CA MUD Elec RV C18 5.00% 08/15/2021 | | | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes (See Columns C1 and D3)  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes (See Column C2)  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 05/05/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Golden ST Tobacco SEC Corp CA 5.50% 06/01/2013/33 | | | | | | | | | |
| 70. Acalanes CA Union High Sch 5.250% 08/01/2020 Dist GO C15 | | | | | | | | | |
| 71. CA Economic Recovery GO 5.00% 07/01/2015 CC14 | | | | | Buy | 02/04/09 | N | | |
| 72. CA ST GO SF10 AL 8/11 6.250% 09/01/2012 | | | | | Buy | 05/11/09 | L | | |
| 73. Bay Area Toll Auth CA RV C19 5.00% 04/01/2021 | | | | | Buy | 08/13/09 | N | | |
| 74. San Diego CA PFA Sewer RV 5.00% 05/15/2016 | | | | T | Buy | 11/20/09 | N | | |
| 75. BANC OF AMERICA TRUST ACCT | E | Dividend | P1 | | | | | | |
| 76. Columbia CA Tax-Exmpt Res MM | | | | | | | | | |
| 77. Putnam Equity Income Class A | | | | | | | | | |
| 78. Putnam Health Sciences Class | | | | | | | | | |
| 79. Putnam Fund for Growth & Income | | | | | | | | | |
| 80. Putnam In'l Equity CL A | | | | | | | | | |
| 81. Putnam Investors Class A | | | | | | | | | |
| 82. Putnam New Opportunities CL A | | | | | | | | | |
| 83. Putnam Voyager Class A | | | | | | | | | |
| 84. CA ST GO BDS SER 2002 05.000% 10/01/2022 | | | | | | | | | |
| 85. CA ST GO Refunding BDS Ser 05.000% 08/01/23 | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

# FINANCIAL DISCLOSURE REPORT

## Page 9 of 22

**Name of Person Reporting**

Snyder, Christina A.

**Date of Report**

05/05/2010

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. CA ST VAR PURP GO BDS SER 05.000% 02/01/2026 | | | | | | | | | |
| 87. CA CNTY CA TOB 05.87500% 06/01/2027 | | | | | | | | | |
| 88. CA ST GO BDS SER A 05.000% 04/01/2038 | | | | | | | | | |
| 89. US T-Bill 0.000% 03/26/2009 | | | | | Buy | 02/24/09 | P1 | | |
| 90. CA ST GO BDS Ser 2007 0.5000% 06/01/2037 | | | | | Buy | 02/26/09 | L | | |
| 91. CA ST GO BDS SER 2007 06/01/2024 | | | | | Buy | 03/04/09 | M | | |
| 92. US T-Bill 0.000% 3/26/09 | | | | | Sold | 03/26/09 | P1 | A | |
| 93. US T Bill 0.000% 08/13/2009 | | | | | Buy | 05/15/09 | M | | |
| 94. US T Bill 0.000% 07/16/2009 | | | | | Buy | 05/15/09 | N | | |
| 95. US T Bill 0.000% 06/18/2009 | | | | | Buy | 05/15/09 | N | | |
| 96. CA ST DEPT WTR RES PWR 0.000% 05/01/2016 | | | | | Buy | 05/15/09 | M | | |
| 97. CA ST GO BDS AND GO REV 05.00% 08/01/2022 | | | | | Buy | 05/20/09 | N | | |
| 98. CA ST GO REF BDS 05.00% 05/01/2024 | | | | | Buy | 05/21/09 | M | | |
| 99. US T Bills 0.000% 06/18/2009 | | | | | Sold | 6/18/09 | N | A | |
| 100. US T Bills 0.000% 07/16/2009 | | | | | Sold | 07/16/09 | N | A | |
| 101. US T Bills 0.000% 01/14/2010 | | | | | Buy | 07/17/09 | N | | |
| 102. US T Bills 0.000% 08/13/2009 | | | | | Sold | 08/13/09 | M | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 05/05/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. US T Bills 0.000% 09/10/2009 | | | | | Buy | 08/14/09 | N | | |
| 104. US T Bills 0.000% 09/10/2009 | | | | | Sold | 09/10/09 | N | A | |
| 105. CA ST REV ANTIC NTS SER 03.00% 06/23/2010 | | | | | Buy | 09/25/09 | P1 | | |
| 106. US T Bills 0.000% 01/14/2010 | | | | | Sold (part) | 09/28/09 | N | A | |
| 107. US T-Bills 0.000% 01/17/2010 | | | | | Sold (part) | 10/28/09 | K | A | |
| 108. US T Bills 0.000% 01/14/2010 | | | | | Sold (part) | 12/08/09 | K | A | |
| 109. US T Bills 0.000% 01/14/2010 | | | | | Sold (part) | 12/21/09 | K | A | |
| 110. US T Bills 0.000% 01/14/2010 | | | | | Sold (part) | 12/28/09 | L | A | |
| 111. Schwab 401(k) Account | | | | | | | | | |
| 112. Schwab Money Market (Core Money Market Fd) | D | Dividend | N | T | | | | | |
| 113. DFA US Large Company Fund | | | | | Sold (part) | 02/20/09 | K | A | |
| 114. | | | | | Sold | 05/28/09 | K | A | |
| 115. DFA Int'l Value Fund | | | | | Buy (add'l) | 01/26/09 | J | | |
| 116. | | | | | Sold (part) | 10/12/09 | J | A | |
| 117. | | | | | Buy (add'l) | 12/18/09 | J | | |
| 118. DFA Small Cap Value Fund | | | | | Buy (add'l) | 01/26/09 | J | | |
| 119. | | | | | Buy (add'l) | 06/29/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 05/05/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 10/16/09 | J | A | |
| 121. DFA US Large Cap Value Fund | | | | | Buy (add'l) | 01/26/09 | J | | |
| 122. | | | | | Buy (add'l) | 02/26/09 | K | | |
| 123. | | | | | Sold (part) | 10/08/09 | J | A | |
| 124. IShares Russell 1000 Grwth Index | | | | | Buy (add'l) | 01/29/09 | J | | |
| 125. | | | | | Buy (add'l) | 02/20/09 | K | | |
| 126. | | | | | Sold (part) | 10/02/09 | J | A | |
| 127. DFA Emerg Mkts Core Equity | | | | | Buy | 05/28/09 | K | | |
| 128. | | | | | Buy (add'l) | 11/16/09 | K | | |
| 129. Genter Advisors (Schwab) Trust Account | E | Dividend | P2 | T | | | | | |
| 130. Schwab Money Market (Core Money Market Fund | | | | | | | | | |
| 131. DFA US Large Company Fund | | | | | Sold (part) | 02/20/09 | O | A | |
| 132. | | | | | Sold | 04/15/09 | N | A | |
| 133. DFA US Large Cap Value Fd | | | | | Buy (add'l) | 02/26/09 | N | | |
| 134. | | | | | Sold | 04/15/09 | P1 | A | |
| 135. Ishares Russell 1000 Grwth Idx | | | | | Buy (add'l) | 02/20/09 | M | | |
| 136. | | | | | Sold | 04/15/09 | P1 | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 05/05/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. DFA Int'l Value Fund | | | | | Buy (add'l) | 02/24/09 | M | | |
| 138. | | | | | Sold | 04/15/09 | O | B | |
| 139. DFA US Targeted Value Port | | | | | Sold | 04/15/09 | O | E | |
| 140. GENTER ADVISORS (SCHWAB) DFA IRA #2 | E | Dividend | P1 | T | | | | | |
| 141. DFA US Large Company Fd | | | | | Sold (part) | 02/20/09 | M | A | |
| 142. | | | | | Sold | 05/28/09 | L | A | |
| 143. DFA Small Cap Value | | | | | Buy (add'l) | 02/23/09 | J | | |
| 144. | | | | | Buy (add'l) | 07/15/09 | K | | |
| 145. DFA US Large Cap Value Fd | | | | | Buy (add'l) | 02/26/09 | L | | |
| 146. | | | | | Sold (part) | 10/08/09 | K | A | |
| 147. IShares Russell 1000 Grwth IDX | | | | | Buy (add'l) | 02/20/09 | K | | |
| 148. | | | | | Buy (add'l) | 07/15/09 | K | | |
| 149. | | | | | Sold (part) | 10/02/09 | K | A | |
| 150. DFA Int'l Value Fund | | | | | Buy (add'l) | 02/23/09 | J | | |
| 151. | | | | | Sold (part) | 10/12/09 | K | A | |
| 152. | | | | | Buy (add'l) | 12/18/09 | J | | |
| 153. DFA Emeg Mkts Core Equity | | | | | Buy | 05/28/09 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 05/05/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 11/16/09 | L | | |
| 155. BANC OF AMERICA IRA #3 | | | | | | | | | |
| 156. Columbia Cash Reserves Money Mkt | D | Dividend | N | T | | | | | |
| 157. BAC CAP TR III Cap Secs PFD 7.00% 08/15/2032 | | | | | Buy (add'l) | 10/08/09 | J | | |
| 158. BAC Capital TR II Cap Secs PFD 7.00% 02/01/2032 | | | | | Buy (add'l) | 10/08/09 | J | | |
| 159. Deutsche BK Cap FDG TR X Noncu TR PFD Secs Perp7.35%12/15/02 | | | | | | | | | |
| 160. Wells Fargo Cap XI Enhanced TR PFD TRU 6.25% 06/15/12 | | | | | Buy | 10/09/09 | J | | |
| 161. GOV Natl Mtg Assn 1 Poll #285818 9.00% 02/15/2020 | | | | | | | | | |
| 162. US Treas BDS 7.500% 11/15/2016 | | | | | Sold | 10/08/09 | L | A | |
| 163. Citibroup Cap XIX PFD 7.25% 8/15/2067 | | | | | Buy | 10/08/09 | J | | |
| 164. | | | | | Buy (add'l) | 10/09/09 | K | | |
| 165. Fleet CAP T VIII 7.0% 3/15/2032 | | | | | Buy | 10/16/09 | K | | |
| 166. ING Groep N.V. 6.375% 6/15/2012 | | | | | Buy | 10/21/09 | J | | |
| 167. BB&T Cap TR VIII | | | | | Buy | 10/23/09 | K | | |
| 168. General Electric | | | | | Buy | 10/28/09 | K | | |
| 169. National City Cap TR III TR PFD 6.625% 05/25/2012 | | | | | Buy | 11/02/09 | K | | |
| 170. Fleet CAP TVIII 7.00% 3/15/2032 | | | | | Buy (add'l) | 11/02/09 | K | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
   (See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 05/05/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Schwab Trust C | E | Dividend | P1 | T | | | | | |
| 172. AT&T Inc | | | | | Buy | 04/17/09 | M | | |
| 173. Allstate Corp | | | | | Buy | 04/17/09 | L | | |
| 174. Chesapeake Energy Corp | | | | | Buy | 04/17/09 | L | | |
| 175. Devon Energy Corp | | | | | Buy | 04/17/09 | L | | |
| 176. Intel Corporation | | | | | Buy | 04/17/09 | L | | |
| 177. Microsoft Corp | | | | | Buy | 04/17/09 | L | | |
| 178. Pepsico Incorporated | | | | | Buy | 04/17/09 | L | | |
| 179. Pfizer Inc | | | | | Buy | 04/17/09 | L | | |
| 180. Altera Corporation | | | | | Buy | 04/20/09 | L | | |
| 181. Best Buy Company | | | | | Buy | 04/20/09 | M | | |
| 182. Taiwan Semiconductor - SP ADR | | | | | Buy | 04/20/09 | L | | |
| 183. Teva Pharmaceutical - ADR | | | | | Buy | 04/20/09 | M | | |
| 184. American Express Co | | | | | Buy | 04/21/09 | L | | |
| 185. CVS Caremark Corporation | | | | | Buy | 04/21/09 | L | | |
| 186. Kohls Corporation | | | | | Buy | 04/21/09 | L | | |
| 187. Wells Fargo & Company | | | | | Buy | 04/21/09 | L | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
   (See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 05/05/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Eastman Chemical Compay | | | | | Buy | 04/22/09 | L | | |
| 189. Microchip Technology Inc | | | | | Buy | 04/22/09 | L | | |
| 190. Procter and Gamble Company | | | | | Buy | 04/22/09 | L | | |
| 191. Staples Inc | | | | | Buy | 04/22/09 | M | | |
| 192. United Parcel Service - CL B | | | | | Buy | 04/22/09 | M | | |
| 193. AT&T Inc | | | | | Sold | 04/23/09 | M | A | |
| 194. Allstate Corp | | | | | Sold | 04/23/09 | L | A | |
| 195. International Business Machine | | | | | Buy | 04/23/09 | K | | |
| 196. International Business Machine | | | | | Buy (add'l) | 04/23/09 | K | | |
| 197. International Business Machine | | | | | Buy (add'l) | 04/23/09 | K | | |
| 198. International Business Machine | | | | | Buy (add'l) | 04/23/09 | J | | |
| 199. Resmed Inc | | | | | Buy | 04/23/09 | L | | |
| 200. Resmed Inc | | | | | Buy (add'l) | 04/23/09 | K | | |
| 201. Resmed Inc | | | | | Buy (add'l) | 04/23/09 | K | | |
| 202. Resmed Inc | | | | | Buy (add'l) | 04/23/09 | J | | |
| 203. Diamond Offshore Drilling | | | | | Buy | 04/27/09 | L | | |
| 204. Schlumberger Ltd | | | | | Buy | 04/27/09 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 05/05/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. Texas Instruments Inc | | | | | Buy | 04/27/09 | L | | |
| 206. Wells Fargo & Company | | | | | Sold | 04/27/09 | L | D | |
| 207. Staples Inc | | | | | Sold | 04/28/09 | M | B | |
| 208. Verizon Communications | | | | | Buy | 04/28/09 | L | | |
| 209. Corning Inc | | | | | Buy | 04/29/09 | L | | |
| 210. Genuine Parkts C | | | | | Buy | 04/29/09 | L | | |
| 211. Helmerich & Payne Inc | | | | | Buy | 04/30/09 | K | | |
| 212. Bank of New York Mellon | | | | | Buy | 05/04/09 | L | | |
| 213. Wal Mart Stores | | | | | Buy | 05/05/09 | L | | |
| 214. Alcoa Inc | | | | | Buy | 05/07/09 | L | | |
| 215. Emerson Electric Company | | | | | Buy | 05/14/09 | L | | |
| 216. Schlumberger Ltd | | | | | Buy (add'l) | 05/21/09 | K | | |
| 217. Schlumberger Ltd | | | | | Buy (add'l) | 05/21/09 | K | | |
| 218. Helmerich & Payne Inc | | | | | Buy (add'l) | 05/28/09 | K | | |
| 219. Emerson Electric Company | | | | | Buy (add'l) | 06/17/09 | K | | |
| 220. Chubb Corp | | | | | Buy | 06/26/09 | K | | |
| 221. Chubb Corp | | | | | Sold | 07/01/09 | K | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 05/05/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  Alcoa Inc | | | | | Buy (add'l) | 07/15/09 | K | | |
| 223.  Pfizer Inc | | | | | Buy (add'l) | 07/23/09 | K | | |
| 224.  Abbott Laboratories | | | | | Buy | 07/15/09 | L | | |
| 225.  American Express Co | | | | | Sold | 08/12/09 | L | E | |
| 226.  Taiwan Semiconductor - SP ADR | | | | | Sold (part) | 08/18/09 | L | A | |
| 227.  Bank of New York Mellon | | | | | Buy (add'l) | 08/19/09 | K | | |
| 228.  Helmerich & Payne Inc | | | | | Sold | 08/26/09 | L | D | |
| 229.  Corning Inc | | | | | Sold | 08/27/09 | L | C | |
| 230.  Devon Energy Corp | | | | | Buy (add'l) | 08/28/09 | K | | |
| 231.  Microsoft Corp | | | | | Buy (add'l) | 08/28/09 | K | | |
| 232.  Intel Corporation | | | | | Buy (add'l) | 09/04/09 | K | | |
| 233.  Chesapeake Energy Corp | | | | | Buy (add'l) | 09/09/09 | K | | |
| 234.  Procter & Gamble Company | | | | | Buy (add'l) | 10/14/09 | M | | |
| 235.  Procter & Gamble Company | | | | | Buy (add'l) | 10/14/09 | J | | |
| 236.  Oracle Corp | | | | | Buy | 10/30/09 | L | | |
| 237.  CVS Caremark Corporation | | | | | Sold | 11/16/09 | L | B | |
| 238.  Western Union Corp | | | | | Buy | 12/11/09 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 05/05/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. Schwab Trust D | F | Dividend | P1 | T | | | | | |
| 240. AT& T Inc | | | | | Buy | 04/17/09 | M | | |
| 241. Abbott Laboratories | | | | | Buy | 4/17/09 | L | | |
| 242. Altria Group Inc | | | | | Buy | 4/17/09 | L | | |
| 243. Bank of New York Mellon Corp | | | | | Buy | 4/17/09 | L | | |
| 244. Diamond Offshore Drilling | | | | | Buy | 4/17/09 | L | | |
| 245. FPL Group Inc | | | | | Buy | 4/17/09 | L | | |
| 246. FPL Group Inc | | | | | Buy (add'l) | 4/17/09 | K | | |
| 247. Intel Corporation | | | | | Buy | 04/17/09 | J | | |
| 248. Intel Corporation | | | | | Buy (add'l) | 04/17/09 | L | | |
| 249. Pepsico Incorporated | | | | | Buy | 04/17/09 | L | | |
| 250. BCE Inc | | | | | Buy | 04/20/09 | L | | |
| 251. Johnson & Johnson | | | | | Buy | 04/20/09 | M | | |
| 252. Philip Morris Intl Inc | | | | | Buy | 04/20/09 | L | | |
| 253. Taiwan Semiconductor - SP ADR | | | | | Buy | 04/20/09 | L | | |
| 254. Eastman Chemical Company | | | | | Buy | 04/21/09 | L | | |
| 255. Lilly Eli & Company | | | | | Buy | 04/21/09 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 05/05/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Pitney Bowes Inc | | | | | Buy | 04/21/09 | M | | |
| 257. Chevron Corp | | | | | Buy | 04/22/09 | L | | |
| 258. Microchip Technology Inc | | | | | Buy | 04/22/09 | L | | |
| 259. Scana Corp | | | | | Buy | 04/22/09 | M | | |
| 260. VF Corporation | | | | | Buy | 04/22/09 | L | | |
| 261. AT&T | | | | | Sold | 04/23/09 | M | A | |
| 262. Bristol-Myers Squibb Co | | | | | Buy | 04/23/09 | L | | |
| 263. Bristol-Myers Squibb Co | | | | | Buy (add'l) | 04/23/09 | J | | |
| 264. Kimberly Clark Corporation | | | | | Buy | 04/23/09 | L | | |
| 265. Genuine Parts Co | | | | | Buy | 04/24/09 | L | | |
| 266. Bank of New York Mellon Corp | | | | | Buy (add'l) | 04/27/09 | K | | |
| 267. Verizon Communications | | | | | Buy | 04/28/09 | L | | |
| 268. United Parcel Services - CL B | | | | | Buy | 04/29/09 | L | | |
| 269. VF Corporation | | | | | Buy (add'l) | 04/30/09 | K | | |
| 270. Emerson Electric Company | | | | | Buy | 05/05/09 | L | | |
| 271. PPG Industries | | | | | Buy | 05/05/09 | L | | |
| 272. McDonalds Corp | | | | | Buy | 05/12/09 | L | | |

1. Income Gain Codes: (See Columns B1 and D4)   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
  F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes (See Columns C1 and D3)   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
  N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes (See Column C2)   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
  U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 05/05/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273.  PPG Industries | | | | | Buy (add'l) | 05/21/09 | K | | |
| 274.  Emerson Electric Company | | | | | Buy (add'l) | 05/28/09 | K | | |
| 275.  AFLAC Inc | | | | | Buy | 06/18/09 | L | | |
| 276.  Chubb Corp | | | | | Buy | 06/26/09 | K | | |
| 277.  Chubb Corp | | | | | Sold | 07/01/09 | K | A | |
| 278.  AFLAC Inc | | | | | Sold | 07/02/09 | L | A | |
| 279.  Altria Group Inc | | | | | Buy (add'l) | 07/08/09 | K | | |
| 280.  Sysco Corporation | | | | | Buy | 07/16/09 | L | | |
| 281.  Abbott Laboratories | | | | | Buy (add'l) | 08/12/09 | K | | |
| 282.  Taiwan Semiconductor - SP ADR | | | | | Sold (part) | 08/18/09 | J | A | |
| 283.  Kellogg Company | | | | | Buy | 09/15/09 | M | | |
| 284.  Eastman Chemical Company | | | | | Sold (part) | 09/18/09 | K | D | |
| 285.  Bristol Myers Squibb Co | | | | | Buy (add'l) | 12/23/09 | L | | |
| 286.  Mead Johnson Nutrition Co - A | | | | | Spinoff (from line 285) | 12/24/09 | J | A | |
| 287.  Pitney Bowes Inc | | | | | Sold (part) | 12/29/09 | K | A | |
| 288.  Mead Johnson Nutrition Co - A | | | | | Spinoff (from line 285) | 12/30/09 | L | E | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 05/05/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1) Part VII, page 8, line 79 - Issue inadvertently dropped from last report in 2008
2) Part VII, page 11, line 129 - Account liquidated and closed in 2009
3) Part VII, page 14, line 171 - New Trust C account set up in 2009
4) Part VII, page 18, line 241 - New Trust D account set up in 2009

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 05/05/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544